## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DWAYNE BISHOP, | ) | No. 10 B 14253 |
| | ) | |
| Debtor. | ) | Judge Goldgar |

### FINAL PRETRIAL ORDER

This matter is set for hearing at the United States Courthouse, 219 South Dearborn Street, Courtroom 613, Chicago, Illinois, on December 6, 2010, at 1:30 p.m. on the motion of debtor Dwayne Bishop for rule to show cause. At the court's discretion, the hearing will continue from day to day until completed. Unless modified by the court, the following provisions will govern the course of proceedings in this case:

**1. Continuances.** The hearing date is firm. No continuance of the hearing date will be granted other than for exceptionally good cause shown. Any motion for continuance must be presented, with proper notice, at least ten (10) days before the hearing date.

**2. Discovery.** No party has expressed a desire for discovery. Discovery is closed.

**3. Pleadings and Dispositive Motions.** No party has asked to file any dispositive motions.

**4. Exhibits and Exhibit Lists.** On or before November 15, 2010, each party must file with the court a list of the party's exhibits to be introduced into evidence. On the date of filing, each party must also deliver to the other party a copy of the list.

On or before November 15, 2010, each party must deliver to the other party copies of all exhibits intended to be introduced into evidence. (The exhibits themselves should *not* be filed with the court.) Each proposed exhibit must be clearly numbered (not designated with a letter or other symbol) in the order of its probable presentation at trial. Each document must be given a separate exhibit number.

A copy of the exhibit list and copies of the exhibits must also be delivered to

chambers on the date of filing.

*If a party lists more than ten (10) exhibits, the exhibits themselves must be submitted in one or more three-ring binders, and the exhibits must be tabbed. Group exhibits must be sequentially paginated by Bates stamp or some comparable method.*

 **5. Witnesses and Witness Lists.** On or before November 15, 2010, each party must file with the court a list of all witnesses the party intends to call at the hearing. On the date of filing, each party must also deliver to the other party a copy of the list.

 One copy of the witness list must also be delivered to chambers on the filing date.

 **6. Trial Briefs.** No trial briefs are necessary. If a party chooses to file a trial brief, it must be filed no later than seven (7) days before the hearing date. The page limit is fifteen (15) pages.

 **7. Compliance with this Order.** Failure to comply with this Order *will* result in the imposition of appropriate sanctions pursuant to Rule 16(f), Fed. R. Civ. P. 16(f) (made applicable by Fed. R. Bankr. R. Rule 7016). These include, but are not limited to, the following:

 a. Any exhibit not listed and exchanged in accordance with this Order will not be admitted into evidence. A party who fails to exchange and file the list of exhibits that this Order requires will be precluded from introducing any exhibits into evidence. *In re Maurice,* 21 F.3d 767 (7th Cir. 1994).

 b. Any witness not identified and listed in accordance with this Order will be barred from testifying at trial. A party who fails to exchange and file with the court the list of witnesses that this Order requires will be barred from presenting any witnesses. *In re Maurice,* 21 F.3d 767 (7th Cir. 1994).

Dated: October 13, 2010

               _____
                A. Benjamin Goldgar
                United States Bankruptcy Judge